No. 414. EX PARTE SERGIO LEÓN LUGO, PETITIONER.—Petition for the approval of notarial bond No. 2025, executed by the National Surety Company on December 1, 1913. Decided December 8, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 649. EX PARTE EUSEBIO SÁNCHEZ.—

No. 650. EX PARTE INOCENCIO ARDUÉN.—

Appeals by the *fiscal* from the decision of Mr. Justice Aldrey. Motions of the *fiscal* to withdraw said appeals. Decided December 8, 1913. Motions sustained. *Mr. Charles E. Foote, fiscal,* for The People. *Messrs. Manuel F. Rossy* and *Rafael Guillermety* for the petitioners.

---

No. 413. EX PARTE ALFONSO QUINTANA CAJAS, PETITIONER.— Petition for the approval of the notarial bond executed by the National Surety Company on December 8, 1913. Decided December 9, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 1042. MARTÍNEZ ET AL., PLAINTIFFS AND RESPONDENTS, *v.* PORTO RICO RAILWAY, LIGHT & POWER COMPANY, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1. Motion of respondents made at the hearing to correct the statement of the case. Decided December 11, 1913. Motion overruled. *Mr. H. H. Francis* for respondents. *Mr. J. Henri Brown* for appellant.